UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CITY OF ASTHABULA,** | ) | **CASE NO. 1:09 CV 364** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NORFOLK SOUTHERN** | ) | |
| **CORPORATION,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

On July 27, 2009, the Court held a case management conference with the parties and their respective counsel. During the case management conference, the Court was informed that counsel are meeting with the Ohio Attorney General's office on July 28, 2009, regarding issues central to this litigation. As the Court does not wish for the instant litigation to interfere with negotiations between the parties and the Ohio Attorney General, the instant action is hereby **STAYED**. The stay shall remain in effect so long as the Ohio Attorney General, either through settlement or litigation, actively and comprehensively pursues the air and water violations alleged in Plaintiff's complaint. The Court will continue to hold regular teleconferences with counsel to monitor this process, the first of which is scheduled for July 29, 2009, at 1:00 p.m., to be initiated by Defendants.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster     July 27, 2009*
**Dan Aaron Polster**
**United States District Judge**